IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.10-cv-02228-REB-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

CHONG LEE,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the plaintiff's **Notice of Voluntary Dismissal of Case** [#6] filed October 7, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Voluntary Dismissal of Case** [#6] filed October 7, 2010, is **APPROVED**;

    2. That the **Order To Show Cause** [#4] entered September 13, 2010, is **DISCHARGED**;

    3. That the Order To Show Cause hearing set for November 15, 2010, is **VACATED**; and

    4. That this action is **DISMISSED WITHOUT PREJUDICE**.

    Dated October 7, 2010, at Denver, Colorado.

    BY THE COURT:

Robert E. Blackbum
United States District Judge